# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Gabriel Rivero,<br><br>　　　　　　Defendant. | No. CR-16-00713-001-TUC-FRZ (BGM)<br><br>**ORDER** |

　　　　This matter was referred to the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Rules 72(b) and 6(e) of the Local Rules of Practice of this Court for an evidentiary hearing and a Report and Recommendation on Defendant's Motion To Sever Felon in Possession Charge (Doc.31). Before the Court is Magistrate Judge Macdonald's Report and Recommendation (Doc 48). The Magistrate Judge recommends to the Court that the Defendant's Motion To Sever Felon in Possession Charge (Doc.31) should be GRANTED.

　　　　No objections to the Report and Recommendations were filed by either party. Accordingly, after conducting a de novo review of the record:

　　　　**IT IS ORDERED** that the Court **Adopts** the Report and Recommendation [Doc 48].

　　　　**IT IS FURTHER ORDERED** that Defendant's Motion To Sever Felon in Possession Charge (Doc.31) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED that hearing on pending Motions will be held on Tuesday, December 13, 2016 at 9:00** a.m. Jury selection and Jury Trial to follow.

1
2        Dated this 2nd day of December, 2016.
3
4
5                                              _____
                                               Honorable Frank R. Zapata
6                                              Senior United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28